IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv175-WHA |
| | ) |
| FORD MOTOR COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon an examination of the Complaint filed in this court on March 2, 2007 (Doc. #1), the court notes the naming of numerous fictitious Defendants. Since fictitious party practice is not provided for under the Federal Rules of Civil Procedure, it is hereby

ORDERED that all references to fictitious Defendants are STRICKEN from the Complaint. The case will proceed at this time only against the Defendant Ford Motor Company.

DONE this 5th day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE