2. Article Number

|||||||| (barcode)

7160 3901 9841 3112 0046

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery
3-6-07

C. Signature

X _____    ☐ Agent    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

Ford Motor Company
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

07cv175 S+C

PS Form 3811, September 2002                    Domestic Return Receipt