IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: 3:07CV175-WHA ) |
| FORD MOTOR COMPANY, | ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW Bradley J. McGiboney of the law firm of Huie, Fernambucq & Stewart, LLP, and files this, his Notice of Appearance, as additional counsel for Defendant, Ford Motor Company.

_____
Bradley J. McGiboney

OF COUNSEL:

Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
(205) 251-1193
bm@hfsllp.com

**ATTORNEY FOR DEFENDANT,
FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing document with the Clerk of Court using the CM/ECF system to the following CM/ECF participants:

D. Michael Andrews, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, AL 36104

This 26th day of March, 2007.

_____
Of Counsel