IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-175-WHA |
| | ) |
| FORD MOTOR COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon an examination of the file in this case, the court notes that the Complaint names several fictitious defendants. Since fictitious party practice is not authorized in federal court proceedings, it is hereby

ORDERED that all fictitious defendants are STRICKEN. This case will proceed only against the Defendant Ford Motor Company at this time.

DONE this 27th day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE