**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No.: 3:07CV175-WHA |
| FORD MOTOR COMPANY, ) ) | |
| Defendant. ) | |

**DEFENDANT FORD MOTOR COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

COMES NOW the Defendant, Ford Motor Company, and pursuant to Federal Rule of Civil Procedure 7.1, files its Corporate Disclosure Statement, respectfully showing the Court as follows:

1. Ford Motor Company is a nongovernmental corporate party to this action.

2. Ford Motor Company is not a subsidiary to any parent corporation.

3. There is no publicly held corporation that owns 10% or more of Ford Motor Company's stock.

/s/ Bradley J. McGiboney
D. Alan Thomas (dat@hfsllp.com)
ASB-8351-T77D
Bradley J. McGiboney (bjm@hfsllp.com)
ASB-4434-B60M

**OF COUNSEL:**
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
(205) 251-1193

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this date electronically filed the foregoing document with the Clerk of Court using the CM/ECF system to the following CM/ECF participants:

D. Michael Andrews, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, AL 36104

      This 6th day of April, 2007.

                                            /s/ Bradley J. McGiboney
                                            Of Counsel