IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No.: 3:07-CV-175-WHA |
| FORD MOTOR COMPANY, ) ) ) | |
| Defendant. ) | |

### ORDER ON MOTION AND PROTECTIVE ORDER

Upon consideration of the *Motion for Protective Order* (Doc. 17, filed June 27, 2007) and notice by counsel the motion is unopposed,[1] it is

**ORDERED** that the *Motion for Protective Order* (Doc. 17) is **GRANTED**. Accordingly, the Parties, the Parties' representatives, attorneys, agents, witnesses, or any other person or party are hereby prohibited from disposing of, selling, repairing, altering, changing, testing, or in any way materially affecting the subject 2002 Mercury Mountaineer (VIN 4M2ZU66W02UJ37911) made the basis of this suit or any parts, portions or pieces thereof.

DONE this 28th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel informed the Court's law clerk via e-mail on June 27, 2007 the motion is unopposed.