IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MEREDITH CHADWICK RAY and PHILLIP RAY,** ) ) ) | |
| Plaintiffs, ) ) | CASE NO: 3:07-cv-175 |
| vs. ) ) | |
| **FORD MOTOR COMPANY, et al.** ) ) | |
| Defendants. ) | |

## **PLAINTIFFS' CONFLICT DISCLOSURE STATEMENT**

COMES NOW Meredith Chadwick Ray and Phillip Ray, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. The Plaintiffs are individuals.

    /s/ D. Michael Andrews

OF COUNSEL:
BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P. C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – facsimile
mike.andrews@beasleyallen.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date electronically filed the foregoing document with the Clerk of Court using the CM/ECF system to the following CM/ECF participants:

Bradley J. McGiboney
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223

      This **29**th day of **June**, **2007**.


                                            /s/ D. Michael Andrews
                                            Of Counsel