IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MEREDITH CHADWICK RAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:07cv175-WHA |
| | ) | |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the court on the Motion to Transfer Venue (Doc. #21), filed by the

Defendant on July 3, 2007.

Even though the Complaint which was filed in this case showed:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

it was recognized by the clerk's office as appropriately a case for the Eastern Division and was

assigned an Eastern Division case number, indicated by "3". The Uniform Scheduling Order

(Doc. #13), entered on April 18, 2007, corrected the style to show "Eastern Division", and set the

case for trial in Opelika on this court's trial term there. Therefore, this case is already properly

pending in the Eastern Division of the Middle District of Alabama, and it is hereby ORDERED

as follows:

1. The Motion to Transfer Venue is DENIED as moot.

2. All parties are DIRECTED to properly refer to this case as being in the Eastern

Division, rather than the Northern Division, in all future filings.

DONE this 5th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE