IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MEREDITH CHADWICK RAY and          )
PHILLIP RAY,                       )
                                   )
            Plaintiffs,            )
                                   )
vs.                                )    CIVIL ACTION NO. 3:07cv175-WHA
                                   )
FORD MOTOR COMPANY,                )
                                   )
            Defendant.             )

**ORDER**

This case is before the court on Plaintiffs' Motion for Leave to Amend Complaint (Doc. #25), filed on October 11, 2007.

The motion does not comply in form with M.D. Ala. LR 15.1.  Plaintiffs are DIRECTED to re-file their motion in compliance with Local Rule 15.1, and it will be considered.

DONE this 11th day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE