IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07cv175-WHA |
| ) | |
| FORD MOTOR COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Plaintiff's Amended Motion for Leave to File Amended Complaint (Doc. #27) filed on October 15, 2007, and for good cause shown, the motion is GRANTED, and it is hereby ORDERED as follows:

1. The First Amended Complaint is considered filed as of October 15, 2007.

2. The Uniform Scheduling Order (Doc. #13) and the order resetting the trial date (Doc. #24) previously entered in this case are VACATED and SET ASIDE.

3. Plaintiffs are DIRECTED to perfect service of process on Pontiac Coil, Inc. and Visteon Corporation **no later than November 9, 2007**.

4. After all Defendants have filed answers to the First Amended Complaint, this case will be set for trial in Opelika, Alabama, on either the term of court commencing June 23, 2008, or the term commencing November 17, 2008.

5. The parties are DIRECTED to file an Amended Report of Parties Planning Meeting as soon as practicable after the new Defendants have been served, requesting deadlines consistent with one or the other designated trial dates.

      6.  Plaintiffs' earlier Motion for Leave to File Amended Complaint (Doc. #25) is DENIED as moot.

      DONE this 23rd day of October, 2007.

      /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE