**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X  Laura Cooper   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes  ☐ No
If YES, enter delivery address below:

Reference Information

Ray v. Ford 3:07-cv-175

Tina Nix

---

7160 3901 9849 0446 0089

3. Service Type  **CERTIFIED MAIL**
4. Restricted Delivery? (Extra Fee)  ☐ Yes
1. Article Addressed to:

Visteon Corporation
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

PS Form 3811, January 2005   Domestic Return Receipt