2. Article Number

**7160 3901 9849 0446 0072**

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

Pontiac Coil, Inc.
c/o John W. Moody
5800 Moody Drive
Clarkston, MI 48348

Summons + Amd Cmp

PS Form 3811, January 2005          Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery  11-5-07

C. Signature
X   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☒ No
   If YES, enter delivery address below:

Reference Information

Ray v. Ford 3:07-cv-175

Tina Nix