THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   CASE NO.: 3:07-CV-175-WHA ) |
| FORD MOTOR COMPANY, PONTIAC COIL, INC., VISTEON CORPORATION, et al. | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT VISTEON CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, Defendant, Visteon Corporation, ("Visteon") states as follows:

1. Since June 28, 2000, Visteon Corporation's stock has been publicly traded on the New York Stock Exchange and Ford Motor Company has not owned any shares of common stock of Visteon Corporation. Visteon <u>was</u> a wholly owned subsidiary of Ford Motor Company until June 28, 2000 when all of its common stock was distributed by Ford Motor Company to its shareholders.

2. Visteon is a publicly traded company on the New York Stock Exchange and no publicly held corporation owns more than 10% of Visteon's stock.

/s/ Robert H. Sprain, Jr.
Robert H. Sprain, Jr. (SPR013)
Irene E. Blomenkamp (BLO016)
Attorneys for Defendant, Visteon Corporation

SPRAIN & SHIRES, P.C.
1707 29th Court South
Birmingham, Alabama 35209
Tel:   205.437.3232
Fax:   205.802.7083
Email: rhs@sprainlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system:

D. Michael Andrews, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160

Bradley J. McGiboney, Esq.
HUIE, FERNAMBUCQ 7 STEWART L.L.P.
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223

This the 26 day of November, 2007.

/s/ Robert H. Sprain, Jr.
Of Counsel