IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MEREDITH CHADWICH RAY and PHILIP RAY,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) )  **CIVIL ACTION NO. 3:07-CV-175** |
| **FORD MOTOR COMPANY, PONTIAC COIL, INC.; VISTEON CORPORATION, et al.,** | ) ) ) ) |
| **Defendants.** | ) |

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

**COMES NOW** Pontiac Coil, Inc. ("Pontiac Coil") and moves the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to issue an order dismissing Pontiac Coil as a party defendant in the case for lack of personal jurisdiction. In support of this motion, Pontiac Coil states that the factual allegations in the Complaint fail to establish that Pontiac Coil has sufficient contacts with the State of Alabama to justify the imposition of personal jurisdiction over Pontiac Coil. The Complaint fails to allege sufficient facts upon which to base personal jurisdiction over Pontiac Coil. Pontiac Coil will supplement this motion as soon as possible with appropriate evidence establishing that Pontiac Coil does not do business by agent in the State of Alabama or otherwise have the requisite minimum contacts to establish personal jurisdiction.

Pontiac Coil respectfully requests that the Court set this case for an evidentiary hearing on the issue of whether Pontiac Coil has sufficient minimum contact with the State of Alabama to justify the imposition of personal jurisdiction upon it in this matter.

1622343 v1

Respectfully submitted,

s/Geoffrey S. Bald
John C. Morrow ASB-9424-O77J
Geoffrey S. Bald ASB-0768-D46G

Attorneys for Defendant
PONTIAC COIL, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 26th day of November, 2007:

D. Michael Andrews
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160

Bradley J. McGiboney
Huie, Fernambuq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223

s/Geoffrey S. Bald
Of Counsel