THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and<br>PHILLIP RAY )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FORD MOTOR COMPANY, )<br>PONTIAC COIL, INC., VISTEON )<br>CORPORATION, et al. )<br>)<br>Defendants. ) | CASE NO.: 3:07-CV-175-WHA |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to the instructions as stated in the Case Management / Electronic Case Management System for the United States District Court Middle District of Alabama the undersigned is advising the Court that her contact information has changed to:

> Irene E. Blomenkamp
> SPRAIN & MEIGHEN, P.C.
> 1707 29th Court South
> Birmingham, Alabama 35209
> Telephone: (205) 437-3232
> Fax:          (205) 802-7083
> Email         Ireneblomenkamp@aol.com

> s/ Irene E. Blomenkamp, Esq.
> Irene E. Blomenkamp (BLO016)
> One of the Attorneys for Defendant,
> Visteon Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served electronically per that system to the following:

D. Michael Andrews, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160

Bradley J. McGiboney, Esq.
HUIE, FERNAMBUCQ 7 STEWART L.L.P.
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223

This the 27 day of November, 2007.

s/ Irene E. Blomenkamp
Of Counsel