IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv175-WHA |
| ) | |
| FORD MOTOR COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the court on the Motion to Dismiss for Lack of Personal Jurisdiction (Doc. #35), filed on November 26, 2007, by the Defendant Pontiac Coil, Inc. Upon consideration of the motion, it is hereby ORDERED as follows:

The Defendant is given **until December 19, 2007,** to supplement its motion with evidence in support of the motion. Plaintiffs are given **until January 9, 2008**, to submit evidence in opposition to the motion, at which time the court will determine whether to grant the Defendant's request for an evidentiary hearing.

DONE this 28th day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE