IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MEREDITH CHADWICH RAY and PHILIP RAY,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**FORD MOTOR COMPANY, PONTIAC COIL, INC.; VISTEON CORPORATION, et al.,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO. 3:07-CV-175** |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Pontiac Coil, Inc., a Defendant in the above styled case and for its corporate disclosure, states that there are no parent companies or publicly-held corporations owning an interest in Pontiac Coil, Inc. Furthermore, Pontiac Coil states that there are no publicly-held corporations that are subsidiaries of Pontiac Coil, Inc. Pontiac Coil is not aware of any other corporations or entities related or affiliated with it that could present a conflict of interest in this matter.

Respectfully submitted,

s/Geoffrey S. Bald
John C. Morrow ASB-9424-O77J
Geoffrey S. Bald ASB-0768-D46G

Attorneys for Defendant
PONTIAC COIL, INC.

1626951 v1

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 11th day of December, 2007:

D. Michael Andrews
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160

Bradley J. McGiboney
Huie, Fernambuq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223

                                                    s/Geoffrey S. Bald_____
                                                    Of Counsel