IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICH RAY and PHILIP RAY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 3:07cv-175-WHA ) ) |
| FORD MOTOR COMPANY, PONTIAC COIL, INC.; VISTEON CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the briefs and evidentiary submissions of the parties in support of and in opposition to the Defendant's pending Motion to Dismiss for Lack of Personal Jurisdiction (Doc. # 35) and Plaintiff's pending Motion for Discovery (Doc. # 41), it appears to the court that oral argument will be helpful in this case.

Accordingly, it is hereby ORDERED that oral argument will be held on the pending Motions on **Monday, January 28, 2008** at **10:00 a.m.** in District Courtroom **2-C**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. Done this 11th day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE