IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY, ) ) ) | |
| Plaintiffs,  ) ) | CASE NO: 3:07-cv-175 |
| vs.  ) ) | |
| FORD MOTOR COMPANY, et al.  ) ) | |
| Defendants.  ) | |

## NOTICE OF APPEARANCE

**Benjamin E. Baker, Jr.** of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. hereby files Notice of Appearance as additional counsel in the above-styled matter.

                                    /s/ Benjamin E. Baker, Jr.
                                    BENJAMIN E. BAKER, JR. (BAK025)
                                    Attorney for Plaintiff

**OF COUNSEL:**
BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P. C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – facsimile
ben.baker@beasleyallen.com

CERTIFICATE OF SERVICE

      I hereby certify that I have this date electronically filed the foregoing document with the Clerk of Court using the CM/ECF system to the following CM/ECF participants:

Bradley J. McGiboney
D. Alan Thomas
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
(205) 251-1193
(205) 251-1256 - Facsimile
**Attorneys for Ford Motor Company**

John C. Morrow
Geoffrey S. Bald
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
(205) 458-5100 - Facsimile
**Attorneys for Pontiac Coil, Inc.**

Robert H. Sprain, Jr.
Irene Elizabeth Blomenkamp
Sprain & Meighen, P.C.
1707 29th Court South
Birmingham, Alabama 35209
(205) 437-3232
(205) 802-7083 – Facsimile
**Attorneys for Visteon Corporation**

      This **14th** day of **January**, **2008**.

                                                    /s/ Benjamin E. Baker, Jr.
                                                    Of Counsel