IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 3:07-CV-175-WHA |
| FORD MOTOR COMPANY, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's *Motion for Entry of Protective Order on Confidentiality* (Doc. 43, filed January 14, 2008), it is

**ORDERED** that Plaintiffs file a response to this motion on or before **January 23, 2008**.

Done this 14th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE