IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MEREDITH CHADWICK RAY** and **PHILLIP RAY**, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**FORD MOTOR COMPANY, et al.** )<br>)<br>Defendants. ) | CASE NO: 3:07-cv-175 |

**PLAINTIFF'S RESPONSE TO DEFENDANT FORD'S
MOTION FOR ENTRY OF PROTECTIVE ORDER ON CONFIDENTIALITY**

COMES NOW the Plaintiffs in the above styled cause and in response to Defendant Ford Motor Company's Motion for Entry of Protective Order on Confidentiality hereby consents to said Motion.

      /s/ D. Michael Andrews          .
D. Michael Andrews
Attorney for Plaintiffs

OF COUNSEL:
BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P. C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – facsimile
mike.andrews@beasleyallen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing document with the Clerk of Court using the CM/ECF system to the following CM/ECF participants:

Bradley J. McGiboney
D. Alan Thomas
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
(205) 251-1193
(205) 251-1256 - Facsimile
**Attorneys for Ford Motor Company**

John C. Morrow
Geoffrey S. Bald
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
(205) 458-5100 - Facsimile
**Attorneys for Pontiac Coil, Inc.**

Robert H. Sprain, Jr.
Irene Elizabeth Blomenkamp
Sprain & Meighen, P.C.
1707 29th Court South
Birmingham, Alabama 35209
(205) 437-3232
(205) 802-7083 – Facsimile
**Attorneys for Visteon Corporation**

This **23rd** day of **January**, **2008**.

_____/s/ D. Michael Andrews_____
Of Counsel