IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MEREDITH CHADWICK RAY** and **PHILLIP RAY,**  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>**FORD MOTOR COMPANY, et al.**  )<br>)<br>Defendants.  ) | CASE NO: 3:07-cv-175 |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Please take notice that the following discovery documents have been served on behalf of the Plaintiffs.

1. Notice of Videotaped Deposition of Melinda Earlywine

2. Notice of Videotaped Deposition of Terry Earlywine

       /s/ D. Michael Andrews     .
       D. Michael Andrews (AND076)
       Attorney for Plaintiffs

OF COUNSEL:
BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P. C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – facsimile
mike.andrews@beasleyallen.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date electronically filed the foregoing document with the Clerk of Court using the CM/ECF system to the following CM/ECF participants:

Bradley J. McGiboney
D. Alan Thomas
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
(205) 251-1193
(205) 251-1256 – Facsimile
bjm@hfsllp.com
dat@hsfllp.com
**Attorneys for Ford Motor Company**

John C. Morrow
Geoffrey S. Bald
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
(205) 458-5100 – Facsimile
jmorrow@burr.com
gbald@burr.com
**Attorneys for Pontiac Coil, Inc.**

Robert H. Sprain, Jr.
Irene Elizabeth Blomenkamp
Sprain & Meighen, P.C.
1707 29th Court South
Birmingham, Alabama 35209
(205) 437-3232
(205) 802-7083 – Facsimile
rhs@sprainlaw.com
ireneblomenkamp@aol.com
**Attorneys for Visteon Corporation**

      This **23rd** day of **January**, **2008**.

                                                          /s/ D. Michael Andrews
                                                         Of Counsel