THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>FORD MOTOR COMPANY,  )<br>PONTIAC COIL, INC., VISTEON  )<br>CORPORATION, et al.  )<br>)<br>Defendants.  ) | CASE NO.: 3:07-CV-175-WHA |

NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel and enters his appearance of record as additional counsel for Defendant, Visteon Corporation in the above-referenced case.

This the 25th day of January, 2008.

_____
G. Allen Meighen, Jr. (MEI003)
Attorney for Visteon Corporation

OF COUNSEL:
Sprain & Meighen, P.C.
1707 29th Court South
Birmingham, Alabama 35209
Telephone: (205) 437-3232
Facsimile: (205) 802-7083
Email: meighen@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served electronically per that system to the following:

D. Michael Andrews, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

Bradley J. McGiboney, Esq.
HUIE, FERNAMBUCQ & STEWART L.L.P.
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223

This the 25th day of January, 2008.

/s/ G. Allen Meighen, Jr.
Of Counsel