IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv175-WHA |
| | ) |
| FORD MOTOR COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Following a hearing held on January 28, 2008, on Defendant Pontiac Coil, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. #35) and Plaintiffs' Motion for Discovery (Doc. #41), it is hereby ORDERED as follows:

1. Defendant Pontiac Coil's Motion to Dismiss will be held in abeyance pending discovery.

2. Plaintiffs' Motion for Discovery is GRANTED, for the limited purpose of conducting discovery relevant to the Motion to Dismiss for Lack of Personal Jurisdiction. This will include participation by Pontiac Coil with the other parties in disassembly of the steering column in the subject vehicle, without waiving its challenge to jurisdiction.

3. Plaintiffs and Defendant Pontiac Coil, Inc. are given **until March 17, 2008**, to complete jurisdiction-related discovery and to file supplemental briefs on the issue.

DONE this 29th day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE