IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MEREDITH CHADWICK RAY and PHILLIP RAY,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 3:07-CV-175-WHA ) |
| **FORD MOTOR COMPANY,** | ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant Ford Motor Company's *Objection, Motion for Protective Order, and Motion to Quash Plaintiff's Notices of Taking Depositions* (Doc. #53, entered January 29, 2007). Defendant's *Motion* would quash Plaintiff's Notices of Videotaped Depositions of Melinda Earlywine and Terry Earlywine until a joint vehicle inspection and disassembly of the applicable brake shift interlock components is completed.

The Court hereby **ORDERS** Plaintiff to show cause why Defendant's *Motion* should not be granted on or before **January 31, 2008.**

Done this 30th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE