IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY, ) ) ) Plaintiffs, ) ) vs. ) ) FORD MOTOR COMPANY, et al. ) ) Defendants. ) | CASE NO:  3:07-cv-175 |

**MOTION FOR CONTINUANCE OF THE JURISDICTION-RELATED
DISCOVERY DEADLINE**
_____

On January 29, 2008, this Court entered an Order allowing the Plaintiffs to conduct jurisdiction-related discovery against Defendant Pontiac Coil.  It gave the parties until March 17, 2008 to complete the discovery and to file supplemental briefs on the issue.  On February 29, 2008, the Plaintiffs took the deposition of Kenneth George, the Director of the "Global Program Development" at Pontiac Coil.  Plaintiffs did not receive the transcript of his testimony until March 6, 2008.  Although Mr. George was able to discuss Pontiac Coil's relationship to Ford in the development of the solenoid for Ford vehicles, he did not provide any testimony regarding the scope of Pontiac Coil's sales calls upon its customers.  In this regard, Mr. George testified that Pontiac Coil actually hires outside sales agencies in Clarkston, Michigan and Dayton, Ohio to call upon customers to procure additional sales or quotes from other particular companies.  See Exhibit A attached.  (Kenneth George at p16, ln. 4- p.21, ln. 10)  Obviously, who Pontiac Coil's agents call upon in order to procure business on Pontiac Coil's behalf is

1

relevant to the issue of whether Pontiac Coil is subject to personal jurisdiction in Alabama. Alabama has several automobile manufacturers located within its borders, including Hyundai, Mercedes Benz, and Honda. (George at 43, ln. 18-21) In addition to these manufacturers, there are numerous suppliers located in Alabama supplying component parts to these manufacturers. In fact, Mr. George testified that its component parts were used by Honda. As a result, Plaintiffs have contacted the Defendants to secure the depositions of these outside sales agencies. If these agencies acting on behalf of Pontiac Coil make routine sales calls to any manufacturer, supplier, or organization in Alabama, Pontiac Coil would be subject to personal jurisdiction for purposely availing itself of the benefits and protection of Alabama laws.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiffs respectfully request this Court to grant a continuance of the March 17, 2008 deadline to allow the Plaintiffs to take two more depositions in this case. Also, Plaintiffs request that it be allowed to supplement the briefing on the issue should the new depositions reveal evidence supportive of personal jurisdiction over Pontiac Coil.

/s/ D. Michael Andrews            .
D. MICHAEL ANDREWS (AND076)
BENJAMIN E. BAKER, JR. (BAK025)
Attorneys for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
　　PORTIS & MILES, P. C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – facsimile
mike.andrews@beasleyallen.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing document with the Clerk of Court using the CM/ECF system to the following CM/ECF participants:

Bradley J. McGiboney
D. Alan Thomas
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
(205) 251-1193
(205) 251-1256 – Facsimile
bjm@hfsllp.com
dat@hsfllp.com
**Attorneys for Ford Motor Company**

John C. Morrow
Geoffrey S. Bald
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
(205) 458-5100 – Facsimile
jmorrow@burr.com
gbald@burr.com
**Attorneys for Pontiac Coil, Inc.**

Robert H. Sprain, Jr.
Irene Elizabeth Blomenkamp
G. Allen Meighen, Jr.
Sprain & Meighen, P.C.
1707 29th Court South
Birmingham, Alabama 35209
(205) 437-3232
(205) 802-7083 – Facsimile
rhs@sprainlaw.com
ireneblomenkamp@aol.com
**Attorneys for Visteon Corporation**


This **17th** day of **March**, **2008**.


                                                                             ___/s/ D. Michael Andrews_____
                                                                              Of Counsel

MERRILL LEGAL SOULTIONS
Court Reportiong*Legal Videography*Trail Services

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2             FOR THE MIDDLE DISTRICT OF ALABAMA

 3                       EASTERN DIVISION

 4

 5      CASE NUMBER:    3:07-CV-175

 6

 7      MEREDITH RAY and PHILLIP RAY,

 8                 Plaintiffs,

 9

10      vs.

11

12      FORD MOTOR COMPANY, et al.,

13                 Defendants.

14

15

16               DEPOSITION TESTIMONY OF:

17                    KENNETH GEORGE

18

19

20            S  T  I  P  U  L  A  T  I  O  N  S

21            IT IS STIPULATED AND AGREED by and

22      between the parties through their

23      respective counsel that the deposition of
```

ORIGINAL

EXHIBIT A

Page 16

```
 1   guess.  I didn't -- I didn't make that
 2   term- -- determination, so I'm not
 3   really...
 4        Q.   So for a global company of 500 or
 5   so employees, he would be the only
 6   salesperson?
 7        A.   He would be the only direct
 8   salesman, yes.  We use sales
 9   representation.
10        Q.   Okay.  Explain what you mean by
11   that.
12        A.   We have a rep -- well, hired a
13   rep firm in the local area that calls on
14   some of our local customers.  We have rep
15   firms elsewhere in Dayton, and we have one
16   in -- a couple -- one in Germany, one in
17   England that calls on specific accounts.
18   And we also, of course, check and our --
19   with our -- through an internal person
20   being formerly with Jack.  We call on -- we
21   have house accounts that are not
22   commissioned representation.
23        Q.   Longstanding accounts --
```

MERRILL LEGAL SOULTIONS
Court Reportiong*Legal Videography*Trail Services

Page 17

1  A.  Longstanding accounts, yes.
2  Q.  -- that would be serviced?
3      Okay.  And I didn't tell you this
4  earlier, but in normal conversation, it's
5  easy for you and I to talk over each
6  other --
7  A.  Right.
8  Q.  -- and hopefully I'll hear what
9  you're saying, but our court reporter needs
10 to be able to take everything down.  So
11 it'll work best, and -- and probably you'll
12 maybe give me a chance to fumble the
13 question, if you'll let me finish first,
14 and then you give me your response because,
15 otherwise, it makes it very difficult for
16 her.
17 A.  Fine.
18 Q.  Thank you.
19     Give me an idea of who the house
20 accounts would be for Jack Corley?
21 A.  Delphi; a company called Behr,
22 B-E-H-R.  Those were the two main -- Ogura,
23 O-G-U-R-A.  They're a Japanese subsupplier.

2100 3rd Avenue North, Suite 960*Birmingham, Al 35203*
1-800-888-DEPO

MERRILL LEGAL SOULTIONS
Court Reportiong*Legal Videography*Trail Services

Page 18

1   I think those were the three main -- and
2   Eaton.
3       Q.   E-A-T-O-N?
4       A.   Yes.
5       Q.   Okay.
6       A.   There was a lot of smaller ones,
7   but those are the main ones.
8       Q.   All right. Now, in this case,
9   we've got another Defendant named Visteon?
10      A.   Yes.
11      Q.   Would Visteon be a house account,
12  or would it be one that would be serviced
13  by an outside rep?
14      A.   We don't sell directly to
15  Visteon.
16      Q.   Okay. All right. Tell me -- and
17  we'll go into detail a little bit more, but
18  tell me how that arrangement works.
19      A.   With Visteon or with --
20      Q.   With Visteon.
21      A.   We supply a product -- or
22  supplied a product to a company called
23  Admiral Tool and Manufacturing, and they, I

MERRILL LEGAL SOULTIONS
Court Reportiong*Legal Videography*Trail Services

Page 19

1    believe, supplied to Visteon, whom, I
2    believe, supplies it to Ford.
3         Q.    All right.  Where would Admiral
4    Tool and Manufacturing fall in the sales
5    hierarchy?  Would that be an internal house
6    account?
7         A.    Admiral was a represented
8    account.
9         Q.    Represented by the firm in
10   Dayton?
11        A.    No.  Turner & Associates, which
12   is outside of Clarkston.
13        Q.    And tell me what you mean by
14   hiring an outside representative.  Like,
15   for example, in the case of Turner &
16   Associates, what would they do?
17        A.    They would call on various
18   selected accounts to look for or try to
19   procure additional sales or request for
20   quotes from those particular companies that
21   they are calling on.
22        Q.    For existing customers?
23        A.    It could be an existing customer.

MERRILL LEGAL SOULTIONS
Court Reportiong*Legal Videography*Trail Services

Page 20

```
 1        Q.   Okay.  What about in terms of
 2   generating new sales leads, how does that
 3   work?
 4        A.   If we get a sales lead that comes
 5   into the company and it's in either -- it
 6   -- it falls within the geographic broad
 7   location of our -- where we wouldn't be
 8   able to service it real well from our
 9   facility in Clarkston, then we would call
10   up our representative and say, here, go
11   into this account, we've gotten a lead,
12   find out what it's about.
13        Q.   Okay.  Where would -- your sort
14   of geographic area that you would serve
15   direct, where would that boundary be?
16        A.   It -- it kind of crosses over
17   with Turner & Associates because they're
18   also directed -- they were originally our
19   sole source of representation, and as the
20   company grew, then we kind of brought some
21   in-house and left them to take some of the
22   others and any new potentials that come up.
23   We would make that decision on a
```

Page 21

1  case-by-case basis.
2      Q.  All right. Do you divide the
3  country up into geographic regions or --
4      A.  No.
5      Q.  So anything is open?
6      A.  Pretty much.
7      Q.  All right. And then presently
8  you have Turner & Associates, and you have
9  another firm in Dayton?
10     A.  Dayton, Stork & Kelch.
11     Q.  Are there any states that you've
12 made a determination for whatever reason
13 that you're not going to sell to?
14     A.  No.
15     Q.  Okay. And you said Turner is in
16 Clarkston?
17     A.  Yes.
18     Q.  How many customers currently does
19 Pontiac Coil service?
20     A.  Worldwide, probably in the area
21 of 20.
22     Q.  So it's a relatively short list?
23     A.  Yes.

MERRILL LEGAL SOULTIONS
Court Reportiong*Legal Videography*Trail Services

Page 43

1     Q.    Okay.  The Ogura company --

2     A.    Yes.

3     Q.    -- what manufacturers do they
4  sell to?

5     A.    They sell to Delphi, and they
6  sell to Visteon, to my knowledge.  I don't
7  know -- at least our products go through
8  them to those customers.  I don't know what
9  other manufacturers they would sell to.

10    Q.    You don't know where it goes
11 downstream from there?

12    A.    On our product, I do.  I don't
13 know what other customers they have.

14    Q.    I understand.  Specifically
15 restricting your answer to your products,
16 though --

17    A.    Uh-huh.

18    Q.    -- are there any Japanese
19 manufacturers that utilize your component
20 products?

21    A.    Honda.

22    Q.    Anyone else?

23    A.    I think that's it.

2100 3rd Avenue North, Suite 960*Birmingham, Al 35203*
1-800-888-DEPO