IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07cv175-WHA |
| ) | |
| FORD MOTOR COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the court on the Motion for Continuance of the Jurisdiction-Related Discovery Deadline (Doc. #58), filed by the Plaintiffs on March 17, 2008. Following a telephone conference held on that date with counsel for the Plaintiffs and counsel for the Defendant, Pontiac Coil, and by agreement of the parties, the motion is GRANTED, and it is hereby

ORDERED that the March 17, 2008 deadline for completion of jurisdictional discovery and filing of briefs on that issue is extended to May 1, 2008. All jurisdictional discovery must be completed and all briefs on the jurisdictional issue filed by that date, at which time Pontiac Coil, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction will be taken under submission for determination without oral argument.

DONE this 18th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE