IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: 3:07CV175-WHA ) |
| FORD MOTOR COMPANY, | ) ) |
| Defendant. | ) |

**MOTION FOR ADMISSION PRO HAC VICE
FOR J. RANDOLPH BIBB, JR.**

COME NOW the Defendant, FORD MOTOR COMPANY, and J. Randolph Bibb, Jr., and respectfully move this Honorable Court to admit J. Randolph Bibb, Jr., *pro hac vice* for this case pursuant to Local Rule 83.1(b). As grounds therefore, movants show unto the Court as follows:

1. J. Randolph Bibb, Jr., desires to appear as co-counsel in this case with D. Alan Thomas and Bradley J. McGiboney of the law firm of Huie, Fernambucq & Stewart, LLP. Mr. Thomas and Mr. McGiboney are members of the Alabama Bar and are admitted to practice before this Court.

2. J. Randolph Bibb, Jr., is a member of the law firm of Waller, Lansden, Dortch & Davis, LLP, Nashville City Center, 511 Union Street, Suite 2700, Nashville, Tennessee 37219. Mr. Bibb is admitted to practice law in the State of Tennessee in all state courts. Mr. Bibb is also admitted to the following federal courts: United States District Court for the Western District of Tennessee; United States District Court for the Middle District of Tennessee; United States District Court for the Eastern District of Tennessee. He is further admitted to practice before the

United States Court of Appeals for the Sixth Circuit and the United States Supreme Court. Attached to this Motion is a Certificate of Good Standing for Mr. Bibb from the United States District Court for the Middle District of Tennessee.

3. Mr. Bibb is familiar with the Federal Rules of Civil Procedure, Federal Rules of Evidence and the Local Rules of this United States District Court and is fully competent to appear before this Court. Mr. Bibb agrees that he will abide by the ethical standards governing the practice of law in this Court.

4. Mr. Bibb agrees that, unless permitted to withdraw sooner by Order of this Court, he will continue to represent Defendant in these proceedings until the final determination thereof, and that with reference to all matters incident to these proceedings, he agrees that he shall be subject to the orders and amenable to the disciplinary action and civil jurisdiction of the United States District Court, Middle District of Alabama, and the Alabama State Bar in all respects as if he were a regularly admitted and licensed member of the Bar of Alabama in good standing.

5. To the best of Mr. Bibb's knowledge, the Tennessee State Bar grants like privileges to members of the Bar of Alabama in good standing when appearing in the courts of Tennessee.

WHEREFORE, Defendant requests an Order from this Court specially admitting J. Randolph Bibb, Jr., to serve as co-counsel for the purpose of this litigation.

/s/ Bradley J. McGiboney
D. Alan Thomas (dat@hfsllp.com)
Bradley J. McGiboney (bjm@hfsllp.com)

2

**OF COUNSEL:**
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
(205) 251-1193

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing document with the Clerk of Court using the CM/ECF system to the following CM/ECF participants:

D. Michael Andrews, Esq. (mike.andrews@beasleyallen.com)
Benjamin E. Baker, Jr., Esq. (ben.baker@beasleyallen.com)
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, AL 36104

John C. Morrow, Esq. (jmorrow@burr.com)
Geoffrey S. Bald, Esq. (gbald@burr.com)
BURR & FORMAN, LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

Robert H. Sprain, Jr., Esq. (rhs@sprainlaw.com)
G. Allen Meighen, Jr., Esq. (meighen@aol.com)
Irene Elizabeth Blomenkamp, Esq. (ireneblomenkamp@aol.com)
SPRAIN & MEIGHEN, P.C.
1707 29th Court South
Birmingham, AL 35209

Dated March 25, 2008.

/s/ Bradley J. McGiboney
Of Counsel

3



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} ss.

MIDDLE DISTRICT OF TENNESSEE

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY that **JOHN RANDOLPH BIBB, JR.** was duly admitted to practice in said Court on **December 11, 1981**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on March 24, 2008



KEITH THROCKMORTON, CLERK

By _Robbi Mullike_
Deputy Clerk

