```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004434
Cashier ID: khaynes
Transaction Date: 03/26/2008
Payer Name: HUIE FERNAMBUCQ STEWART, LLP
---------------------------------------
PRO HAC VICE
 For: JOHN RANDOLPH BIBB JR
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
---------------------------------------
CHECK
 Check/Money Order Num: 129509
 Amt Tendered: $50.00
---------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

3:07-cv-00175-WHA-TFM
```

Ray et al v. Ford Motor Company

mphv- J. Randolph Bibb Jr