IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv175-WHA |
| | ) |
| FORD MOTOR COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #60), filed on behalf of J. Randolph Bibb, Jr. on March 25, 2008, and it appearing that J. Randolph Bibb, Jr. is a member in good standing of the United States District Court for the Middle District of Tennessee, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 27th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE