# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO.: 3:07-CV-175-WHA ) |
| FORD MOTOR COMPANY, PONTIAC COIL, INC., VISTEON CORPORATION, et al. | ) ) ) ) |
| Defendants. | ) |

## DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER

COMES NOW, Defendant, Visteon Corporation, by and through its counsel of record and files this Motion to Amend the Scheduling Order. As grounds in support thereof, the Defendant would show unto the Court as follows:

1. Defendants' counsel reviewed the parties planning meeting, did not immediately note that the Report called for a deadline of January 30, 2008 for the plaintiff to add a party or amend the complaint and the same deadline for the defendants to amend pleadings.

2. Recent evidence including the deposition testimony by Pontiac Coil representative Ken George indicates that their may be at least one additional indispensible party defendant that should be added to properly adjudicate this matter.

2. Not realizing that Ford's counsel had already sent a copy of the parties' Report to the Court, Visteon's defense counsel emailed all other counsel to propose a change in the Report to reflect a deadline for adding parties of April 21, 2008 - the date that the Statute of Limitations

1

**MOTION GRANTED**

SO ORDERED
THIS _11th_ DAY OF _April_, 20_08_

_____
UNITED STATES DISTRICT JUDGE