## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| VISTEON CORPORATON, | ) ) | CASE NO.: 3:07-CV-175-WHA |
| Defendant and Third-Party Plaintiff, | ) ) | *Third-Part Complaint* |
| v. | ) ) | |
| ADMIRAL TOOL & MANUFACTURING CO. OF MICHIGAN, | ) ) ) | |
| Third-Party Defendant. | ) | |

## MOTION TO BRING IN
## THIRD-PARTY DEFENDANT

COMES NOW, Visteon Corporation, Defendant in the above styled causes and moves

for leave, as Third-Party Plaintiff, to cause to be served upon Admiral Tool & Manufacturing Co.

of Michigan a Summons and Third-Party Complaint, copies of which are hereto attached as

Exhibit A.

s/Robert H Sprain
Robert H. Sprain, Jr. (SPR013)
Irene E. Blomenkamp (BLO016)
Attorneys for Defendant, Visteon Corporation

OF COUNSEL
SPRAIN & MEIGHEN, P.C.
1707 29th Court South
Birmingham, Alabama 35209
205.437.3232 Phone
205.802.7083 Fax
rhs@sprainlaw.com
Irene@sprainmeighen.com

# MOTION GRANTED

SO ORDERED
THIS 21st DAY OF _April_ , 2008

UNITED STATES DISTRICT JUDGE

1