IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO.: 3:07-CV-175-WHA ) |
| VISTEON CORPORATION, | ) ) ) |
| Defendant and Third-Party Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| ADMIRAL TOOL & MANUFACTURING CO. OF MICHIGAN, | ) ) ) ) |
| Third-Party Defendant. | ) ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW the Third-Party Defendant, Admiral Tool & Manufacturing Co. of Michigan, and without waiving any defense which it may have herein, including those regarding jurisdiction and venue, respectfully requests this Court enter an order extending for a reasonable period of time, the date by which Admiral Tool & Manufacturing Co. is obligated to make its initial responsive pleading herein. For grounds, it would show unto the Court as follows:

  1. Receipt of the Third-Party Complaint is the first notice to Admiral of this claim.

    2.  Admiral is totally uninformed as to the matters at issue in the case.

    3.  Admiral does not have a copy of the Amended Complaint referred to in paragraph 4 of the Third-Party Complaint.

    4.  Admiral has no access to the information developed during discovery by the parties to this litigation.

    5.  Admiral is uninformed as to the product referred to in the Amended Complaint as "component parts manufactured and/or assembled in part by Admiral Tool".

    6.  Admiral is unable to file a meaningful responsive pleading at this time.

    7.  No party will be prejudiced by a reasonable extension of time for Admiral to make its initial appearance and response herein.

    WHEREFORE, your movant respectfully requests this Court extend for a reasonable period of time the period during which Admiral may serve its initial responsive pleading to the Third-Party Complaint herein.

                  BALL, BALL, MATTHEWS & NOVAK, P.A.


                   /s/ Tabor R. Novak, Jr.
                   NOVA9503

/s/Gerald C. Swann, Jr.
Attorneys for Defendant
Admiral Tool & Manufacturing Co.
Of Michigan

2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: 334/387-7680
Telecopier: 334/387-3222

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert H. Sprain, Jr., Esq.
Irene E. Blomenkamp, Esq.
George Allen Meighen, Esq.
Sprain & Meighen, P.C.
1707 29th Court South
Birmingham, Alabama 35209

David Michael Andrews, Esq.
Benjamin E. Baker, Jr., Esq.
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

Geoffrey Sean Bald, Esq.
John C. Morrow, Esq.
Burr & Forman LLP
420 North Twentieth Street
3400 Wachovia Tower
Birmingham, Alabama 35203

John Randolph Bibb, Jr., Esq.
Waller, Landsen, Dortch, & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37212

Bradley Jason McGiboney, Esq.
Donald Allen Thomas, Esq.
Huie Fernambucq & Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484

                                                            <u>Tabor R. Novak, Jr.</u>
                                                            OF COUNSEL