IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07cv175-WHA |
| ) | |
| VISTEON CORPORATION, ) | |
| ) | |
| Defendant and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ADMIRAL TOOL & MANUFACTURING ) | |
| CO. OF MICHIGAN, ) | |
| ) | |
| Third-Party Defendant. ) | |

## **ORDER**

This case is before the court on the Motion for Extension of Time (Doc. #73), filed by the Third-Party Defendant, Admiral Tool & Manufacturing Co. of Michigan. Counsel for the Third-Party Defendant has advised the court that he has notified counsel for the other parties of this motion and has received no objection from anyone. The court considers the motion to be reasonable, it is GRANTED, and it is hereby

ORDERED that the time for the Third-Party Defendant to serve its initial responsive pleading to the Third-Party Complaint is extended for 20 days from the original due date.

DONE this 28th day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE