IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MEREDITH CHADWICK RAY and PHILLIP RAY** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Civil Action No.:  3:07-cv-175-WHA |
| **FORD MOTOR COMPANY, et al.** ) ) | |
| **Defendants.** ) | |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW,** third party defendant, Admiral Tool & Manufacturing Company, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability members, managers and trustees and would show unto the Court as follows:

Admiral Tool & Manufacturing Company is a privately held close corporation, not publicly traded, organized under the laws of the State of Michigan with its principal address being 38010 Amrhein Road, Lavonia, Michigan 48150.

Respectfully submitted this 3rd day of June, 2008.

                                             /s/     Gerald C. Swann, Jr.
                                           **GERALD C. SWANN, JR.**
                                           Attorney for third party defendant,
                                           Admiral Tool & Manufacturing Company

OF COUNSEL:

Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148
334-387-7680
fax  334-387-3222
gswann@ball-ball.com

CERTIFICATE OF SERVICE

       I hereby certify that on this 4th day of June 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert H. Sprain, Jr., Esq.
Irene E. Blomenkamp, Esq.
George Allen Meighen, Esq.
Sprain & Meighen, P.C.
1707 29th Court South
Birmingham, Alabama 35209

David Michael Andrews, Esq.
Benjamin E. Baker, Jr., Esq.
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

Geoffrey Sean Bald, Esq.
John C. Morrow, Esq.
Burr & Forman LLP
420 North Twentieth Street
3400 Wachovia Tower
Birmingham, Alabama 35203

John Randolph Bibb, Jr., Esq.
Waller, Landsen, Dortch, & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37212

Bradley Jason McGiboney, Esq.
Donald Allen Thomas, Esq.
Huie Fernambucq & Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484

                                            /s/    Gerald C. Swann, Jr.
                                          OF COUNSEL