**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 4, 2008

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Meredith Chadwick Ray**, et al v.** Ford Motor Company**, et al.**
**Case Number:** 3:07-cv-175-WHA

**Pleading : #76 - Corporate/Conflict Disclosure Statement**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 6/3/2008 with no Certificate of Service attached.**

**The Certificate of Service is attached to this notice.**

CERTIFICATE OF SERVICE

   I hereby certify that on this 4th day of June 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert H. Sprain, Jr., Esq.
Irene E. Blomenkamp, Esq.
George Allen Meighen, Esq.
Sprain & Meighen, P.C.
1707 29th Court South
Birmingham, Alabama 35209

David Michael Andrews, Esq.
Benjamin E. Baker, Jr., Esq.
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

Geoffrey Sean Bald, Esq.
John C. Morrow, Esq.
Burr & Forman LLP
420 North Twentieth Street
3400 Wachovia Tower
Birmingham, Alabama 35203

John Randolph Bibb, Jr., Esq.
Waller, Landsen, Dortch, & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37212

Bradley Jason McGiboney, Esq.
Donald Allen Thomas, Esq.
Huie Fernambucq & Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484

              /s/  Gerald C. Swann, Jr.
              OF COUNSEL