IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 3:07cv175-WHA |
| FORD MOTOR COMPANY, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

Due to a conflict which has arisen in the court's calendar, the pretrial hearing in this case, presently scheduled for March 9, 2009, is RESCHEDULED for March 11, 2009, at a time to be set by later order. All deadlines determined by the pretrial date shall be governed by the new date. All other deadlines set out in the Uniform Scheduling Order shall remain in full force and effect.

DONE this 18th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE