IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and PHILIP RAY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 3:07cv175-WHA ) |
| FORD MOTOR COMPANY, et al., | ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Unopposed Motion to Continue (Doc. #82), and for good cause shown, the Motion is GRANTED and it is hereby ORDERED as follows:

1. Trial of this case is continued from April 6, 2009, and reset for this court's next term in Opelika, Alabama, August 31, 2009. Pretrial is rescheduled for August 7, 2009, at a time and place to be set by later order.

2. The parties are DIRECTED to file a new Report of Parties Planning Meeting no later than September 4, 2008, requesting new deadlines consistent with the new pretrial and trial dates.

DONE this 26th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE