IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No.: 3:07cv175-WHA<br>) |
| FORD MOTOR COMPANY, at al. | )          (WO)<br>) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Order entered on this date, and the court finding that there is no just reason for delay, Final Judgment is entered pursuant to Fed. R. Civ. P. 54(b) in favor of Third Party Defendant, Admiral Tool & Manufacturing Company, and against the Third Party Plaintiff, Visteon Corporation, on all third party claims, and Visteon's claims against Admiral Tool are DISMISSED with prejudice.

Costs are taxed against Visteon Corporation.

Done this 27th day of April, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE