IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and ) | |
| PHILLIP RAY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:07cv175-WHA-TFM |
| ) | (WO) |
| FORD MOTOR COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This cause is before the court on Defendant's Objections to Plaintiffs' Exhibits (Doc. #177). The Defendant objects to 5 different sets of evidence, articulating unique objections for each set.  The Plaintiffs filed a Response to Defendant's Objections to Plaintiffs' Exhibits (Doc. # 179).

**Set 1**

The first set of Plaintiffs' exhibits that the Defendant objects to are 99, 101, 202, 203, 1011, 1013, 1014, 1015-1018, 1019, 1022, 1068, 1071, 1077, 1085-1086, 1102, 1106, 1042, 1043, 1053, and 1055.  The Plaintiffs oppose each[1] of these objections, and the court will reserve ruling on these objections until a later time.

---

[1] The Plaintiffs appear to have a typo in their Response such that they responded to the Defendant's objection as to exhibit 1043 two times instead of to both 1043 and 1053.  The Plaintiffs have, however, properly attached exhibit 1053 to their Response thus satisfying their burden to include a premarked copy of the evidence sought to be offered over objection.  *See* Doc. # 152 at ¶ 10.

**Set 2**

The second set of Plaintiffs' exhibits that the Defendant objects to are 179, 199, 203-209, 220, 228, 230, 236-237, 244, 1015, 1042-49, 1050-1055, 1058, 1059, 1077-1078, 1081-1098, and 1106.  The Plaintiffs oppose each of these objections, and the court will reserve ruling on these objections until a later time.

**Set 3**

The third set of Plaintiffs' exhibits that the Defendant objects to are 26, 27, 30, 32, 34, 38, 40, 42, 44, 46, 48, 50, 52, 54, 56, 63, 64, 65, 66, 67, 1100, 1101, 1105, and 1107.  The Plaintiffs oppose all of these except for the objection to exhibit 27.  The Plaintiffs, instead, argued in their Response that exhibit 28, which was not objected to by the Defendant, was admissible and provided the court with a marked copy of this exhibit.  Because there is no opposition to the Defendant's objection to exhibit 27, that objection is SUSTAINED.  As to the rest of the objections, the court will reserve ruling on those objections until a later time.

**Set 4**

The fourth set of Plaintiffs' exhibits that the Defendant objects to are 84-90.  The Plaintiffs do not respond to these objections, and the court, therefore, SUSTAINS these objections.

**Set 5**

The fifth set of Plaintiffs' exhibits that the Defendant objects to are 1011, 1013, 1014, and 1019.  The Plaintiffs do not respond to these objections, and the court, therefore, SUSTAINS these objections.

**CONCLUSION**

For the foregoing reasons, it is hereby ORDERED that

1. The Defendant's objections are SUSTAINED as to Plaintiffs' exhibits 27, 84-90, 1011, 1013, 1014, and 1019.

2.  The court will reserve judgment as to the rest of the Defendant's objections.

DONE this 14th day of December, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE