IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and<br>PHILLIP RAY,<br><br>        Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.  3:07cv175-WHA<br>)        (WO)<br>)<br>)<br>) |

## ORDER

As to the Plaintiffs' objections to the Defendant's counter designations to the deposition of Toynia Stewart the following is ORDERED Sustained

    p. 39: 19 – 4:10

    All other objections are overruled.

    DONE this 23rd day of December, 2011.


                                         /s/ W. Harold Albritton
                                         W. HAROLD ALBRITTON
                                         SENIOR UNITED STATES DISTRICT JUDGE