IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MEREDITH CHADWICK RAY and )
PHILLIP RAY, )
 )
         Plaintiffs, )
 )
v. ) CIVIL ACTION NO.  3:07cv175-WHA-TFM
 ) (WO)
FORD MOTOR COMPANY, )
 )
         Defendant. )

## ORDER

This case is before the court on Defendants's Motion to Exclude (Doc. # 222) and the Plaintiff's Response (Doc. #233).

The court will allow Kathryn Willard to testify so as to update her original report, so long as the Defendant is given a reasonable opportunity to first depose Ms. Willard on the substance and opinion contained in her supplemental report.  Therefore, it is hereby ORDERED as follows:

1.  Defendant's Motion to exclude testimony of opinions expressed in the supplemental record is DENIED.

2.  Defendant's alternative motion to depose is GRANTED.  As a prerequisite to allowing such testimony, Plaintiffs are DIRECTED to promptly arrange for defense counsel to depose Kathryn Willard on the substance and opinions contained in the supplemental report.  Such deposition must be scheduled at the first available time for defense counsel, and shall be by telephone or in person, as defense counsel chooses.  All counsel are expected to cooperate in making these arrangements.

Done this 3rd day of January, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE