IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MEREDITH CHADWICK RAY and PHILLIP RAY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 3:07cv175-WHA-TFM ) (WO) |
| FORD MOTOR COMPANY, | ) ) |
| Defendant. | ) |

## **ORDER**

At the pretrial conference counsel advised the court that they expected to be able to stipulate as to medicals. The court has withheld consideration of objections to medical bills and records for that reason. The parties are DIRECTED to file promptly their stipulation and to include in their stipulation a specification of any numbered medical exhibits which are **not** included and to which objections are still asserted.

Done this 3rd day of January, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE